IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GLENDA R. LAWSON | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No.: 1:18-cv-06918 |
| v. | ) | |
| | ) | |
| MANDARICH LAW GROUP, LLP | ) | |
| | ) | |
| Defendant. | ) | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME
TO ANSWER OR OTHERWISE PLEAD**

Defendant, MANDARICH LAW GROUP, LLP, by and through its undersigned counsel, respectfully requests that this Honorable Court grant a twenty-one (21) day extension of time, up to and including December 14, 2018, to file a responsive pleading to Plaintiff's Complaint, and in support thereof, states as follows:

1. On October 15, 2018, Plaintiff filed a Complaint purporting to state a claim under the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq*.

2. On November 1, 2018, Plaintiff effected service of the Complaint onto Defendant, making its responsive pleading due November 23, 2018. *See* Dkt. 6.

3. Counsel for Defendant necessitates additional time to investigate the allegations in the Complaint prior to filing its responsive pleading.

4. Defendant's counsel has conferred with Plaintiff's counsel and Plaintiff's counsel has agreed to the twenty-one (21) day extension.

1

5.	Federal Rule of Civil Procedure 6(b) gives the Court discretion to grant a motion to extend a deadline for good cause before the deadline expires. The deadline to file a responsive pleading has not yet expired.

6.	This motion is made is in good faith and good cause exists to grant this unopposed motion as the extension will enable Defendant's counsel to assemble necessary information to provide its response to Plaintiff's Complaint.

7.	This is Defendant's first request for an extension, is not meant for purposes of unnecessary delay and will not prejudice any party in the litigation.

WHEREFORE, Defendant, MANDARICH LAW GROUP, LLP, respectfully requests this Honorable Court to grant a twenty-one (21) day extension of time, up to and including December 14, 2018, to file its responsive pleading to Plaintiff's Complaint.

Dated: November 19, 2018						Respectfully Submitted,

**MANDARICH LAW GROUP, LLP**

By: */s/ Kevin S. Borozan*
Kevin S. Borozan
Messer Strickler, Ltd.
225 W. Washington St., Suite 575
Chicago, IL 60606
(312) 334-3474 (direct)
(312) 334-3473 (fax)
kborozan@messerstrickler.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 19, 2018, I electronically filed the foregoing with the Clerk of the District Court using the CM/ECF system, which will send notification of such filing to the attorneys of record.

By: */s/ Kevin S. Borozan*
Kevin S. Borozan
Messer Strickler, Ltd.
225 W. Washington St., Suite 575
Chicago, IL 60606
(312) 334-3474 (direct)
(312) 334-3473 (fax)
kborozan@messerstrickler.com
