#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE NORTHERN DISTRICT OF ILLINOIS
#### EASTERN DIVISION

| | | |
|---|---|---|
| GLENDA R. LAWSON | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No.: 1:18-cv-06918 |
| v. | ) | |
| | ) | |
| MANDARICH LAW GROUP, LLP | ) | |
| | ) | |
| Defendant. | ) | |

### **DEFENDANT'S CORPORATE DISCLOSURE STATEMENT**

Defendant, Mandarich Law Group, LLP, by and through its undersigned counsel and pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.2 hereby states as follows:

1. There is neither any parent corporation nor any publicly held corporation that owns 10% or more of Mandarich Law Group, LLP.

2. Nor does Mandarich Law Group, LLP have any publicly held affiliates, as that term is defined by Local Rule 3.2.

Dated: November 19, 2018            Respectfully Submitted,

**MANDARICH LAW GROUP, LLP**

By: */s/ Kevin S. Borozan*
Kevin S. Borozan
Messer Strickler, Ltd.
225 W. Washington St., Suite 575
Chicago, IL 60606
(312) 334-3474 (direct)
(312) 334-3473 (fax)
kborozan@messerstrickler.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that on November 19, 2018, I electronically filed the foregoing with the Clerk of the District Court using the CM/ECF system, which will send notification of such filing to the attorneys of record.

By: */s/ Kevin S. Borozan*
Kevin S. Borozan
Messer Strickler, Ltd.
225 W. Washington St., Suite 575
Chicago, IL 60606
(312) 334-3474 (direct)
(312) 334-3473 (fax)
kborozan@messerstrickler.com
