UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2
Eastern Division

Glenda R. Lawson
                      Plaintiff,

v.                                            Case No.: 1:18−cv−06918
                                                Honorable Matthew F. Kennelly

Mandarich Law Group, LLP
                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 15, 2019:

      MINUTE entry before the Honorable Matthew F. Kennelly: At the Court's instance, due to its unavailability on the morning of 4/17/2018, the status hearing set for that date is vacated and reset to 4/18/2019 at 8:45 AM. In addition, the Court denies defendant's motion to dismiss. The Court concludes that plaintiff has plausibly alleged a viable FDCPA claim on the theory that the dunning letters in question, which were sent under a law firm's letterhead, were issued without the actual involvement of an attorney and were thus misleading. The Court does not determine, of course, whether plaintiff will be able to prove a claim under the FDCPA, but only that she has plausibly alleged one. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.