## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Glenda R. Lawson
                     Plaintiff,

v.                                         Case No.: 1:18−cv−06918
                                                    Honorable Matthew F. Kennelly

Mandarich Law Group, LLP
                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 16, 2019:

      MINUTE entry before the Honorable Matthew F. Kennelly: Rule 16(b) status hearing held on 7/16/2019 with attorneys for both sides. Telephone status hearing, to be initiated by the parties, is set for 8/7/2019 at 8:45 a.m. for the purpose of discussing the possibility of settlement. Mailed notice. (pjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.